| | | | |
|---|---|---|---|
| Com. v. Fitzpatrick | 1258 WDA 2016<br>Affirmed | 02/22/2017 | CP–26–CR–0001070–2015<br>(Fayette) |
| Com. v. Dehner | 1282 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/22/2017 | CP–16–CR–0000128–2016<br>(Clarion) |
| In re J.T.; Appeal of N.T. | 1466 WDA 2016<br>Affirmed | 02/22/2017 | CP–02–AP–082–2016<br>(Allegheny) |
| Britton v. Maksimov | 2238 EDA 2015<br>Affirmed | 02/23/2017 | 2012–60700–A<br>(Bucks) |
| Com. v. Taylor | 2521 EDA 2015<br>Affirmed | 02/23/2017 | CP–51–CR–0004838–2011<br>(Philadelphia) |
| Com. v. Healy | 376 EDA 2016<br>Quashed | 02/23/2017 | CP–46–CR–0003151–2015<br>(Montgomery) |
| Com. v. Spencer | 446 EDA 2016<br>Affirmed | 02/23/2017 | CP–51–CR–0722561–1986<br>(Philadelphia) |
| Com. v. Barosh | 930 EDA 2016<br>Quashed | 02/23/2017 | CP–51–CR–0008461–2010<br>(Philadelphia) |
| Com. v. Burns | 1320 EDA 2016<br>Affirmed | 02/23/2017 | CP–46–CR–0003242–2006<br>(Montgomery) |
| Com. v. Gambrell | 1419 EDA 2016<br>Affirmed | 02/23/2017 | CP–51–CR–0014053–2012<br>CP–51–CR–0015283–2012<br>(Philadelphia) |
| In the Interest of: A.S.S. | 2518 EDA 2016<br>Affirmed | 02/23/2017 | 14 OCA 2016<br>(Monroe) |
| J.D. on behalf of K.L.P. v. E.A.C. | 2544 EDA 2016<br>Affirmed | 02/23/2017 | No. 3810 CV 2016, No. 1184 DR 2013<br>(Monroe) |
| In re Adoption of L.S.K. | 2938 EDA 2016<br>Affirmed | 02/23/2017 | No. 2 O.C.A. 2016<br>(Monroe) |
| In re Adoption of W.H.K. | 2940 EDA 2016<br>Affirmed | 02/23/2017 | No. 3 O.C.A. 2016<br>(Monroe) |
| In re I.S.C.P. | 3125 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/23/2017 | No. 2016–9060<br>(Bucks) |
| Com. v. Gessner | 322 MDA 2016<br>Affirmed | 02/23/2017 | CP–22–CR–0003249–2011<br>CP–22–CR–0005329–2014<br>(Dauphin) |